**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Diversified Mercury Communications, LLC,<br>(aka DTR Advertising Inc; Mercury Media; Direct to Retail; Diversified Mercury Communications Inc; Mercury Communications; Mercury Media Holding Corp; and Mercury Media Holdings),<br><br>      Involuntary Debtor. | Chapter 7<br><br>Case No. 19-10757 (KJC) |

## CORPORATE OWNERSHIP STATEMENT

   Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned representative of WCIU-TV Limited Partnership (dba WCIU or HCIU) in the above captioned action, certifies that the following are the entities, that directly or indirectly owns 10% or more WCIU-TV Limited Partnership (dba WCIU or HCIU):

Weigel Broadcasting Co.

Date  04/11/2019

Alvin Pritchard, CFO
WCIU-TV Limited Partnership
(dba WCIU or HCIU)
26 N. Halstead St.
Chicago, IL 60661
Telephone: 312-705-2613
Email: apritchard@wciu.com