**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Diversified Mercury Communications, LLC,<br><br>Involuntary Debtor. | Chapter 7<br><br>Case No. 19-10757 (KG) |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel to Weigel Broadcasting Company, H&I National Limited Partnership dba HITV aka Heroes & Icons, MeTV National Limited Partnership dba MeTV, Start TV, LLC dba STRT dba Start, WDJT-TV Limited Partnership dba WDJT, and WCIU-TV Limited Partnership dba WCIU dba HCIU (collectively, the "Petitioning Creditors"), in the above-captioned chapter 7 case (the "Bankruptcy Case"), and pursuant to, *inter alia,* Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Case be given to and served upon:

| | |
|---|---|
| Michael Busenkell, Esq. | Nicholas M. Miller, Esq. |
| Gellert Scali Busenkell & Brown, LLC | (Admitted *pro hac vice*) |
| 1201 North Orange Street, Suite 300 | Neal, Gerber & Eisenberg LLP |
| Wilmington, Delaware 19801 | 2 N. LaSalle Street, Suite 1700 |
| Telephone: (302) 425-5800 | Chicago, IL 60602 |
| Facsimile: (302) 425-5814 | Telephone: (312)-269-5654 |
| Email: mbusenkell@gsbblaw.com | Email: nmiller@nge.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and

1

any other document brought before this Court with respect to the Bankruptcy Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of any person or entity as authorized agent of Petitioning Creditors, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Petitioning Creditors' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Petitioning Creditors, is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*(Signature page to follow)*

Dated:  May 3, 2019
Wilmington, Delaware

Michael Busenkell (DE 3933)
GELLERT SCALI BUSENKELL & BROWN LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Fax: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*and*

 */s/ Nicholas M. Miller*
Nicholas M. Miller, Esq.
(Admitted *pro hac vice*)
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (312)-269-5654
Email: nmiller@nge.com

*Attorneys for Petitioning Creditors Weigel Broadcasting Company, H&I National Limited Partnership dba HITV aka Heroes & Icons, MeTV National Limited Partnership dba MeTV, Start TV, LLC dba STRT dba Start, WDJT-TV Limited Partnership dba WDJT, and WCIU-TV Limited Partnership dba WCIU dba HCIU*

3