**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY<br>COMMUNICATIONS, LLC, *et al.*[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 19-10757 (KG)<br>(Jointly Administered)<br><br>**Hearing Date: June 28, 2019 at 3:00 p.m.**<br>**Objection Deadline: June 21, 2019 at 4:00 p.m.** |

**APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO MAY 2, 2019**

George L. Miller, the chapter 7 trustee (the "Trustee") of the estates of Diversified Mercury Communications, LLC and DTR Advertising, Inc. (the "Debtors"), hereby files this application (the "Application") pursuant to sections 327(a) and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing him to retain Archer & Greiner, P.C. ("Archer"), as counsel to the Trustee effective May 2, 2019. In support hereof, the Trustee respectfully represents as follows:

**JURISDICTION**

1.　　This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief sought herein are sections 327(a) and 328 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

---

[1] The Debtors in these cases are: Diversified Mercury Communications, LLC and DTR Advertising, Inc.

**BACKGROUND**

2. On April 3, 2019, an involuntary petition for relief was filed against debtor Diversified Mercury Communications, LLC ("Diversified Mercury") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On May 2, 2019, the Court entered an Order for Relief in an Involuntary Case against Diversified Mercury [Dkt. No. 30].

4. On May 2, 2019, George L. Miller was appointed as the chapter 7 trustee of the Diversified Mercury's bankruptcy estate.

5. On May 23, 2019, Diversified Mercury's affiliate, debtor DTR Advertising, Inc. ("DTR"), filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. George L. Miller was subsequently appointed as the chapter 7 trustee of DTR's bankruptcy estate.

6. The Debtors' section 341 meeting of creditors is scheduled to occur on June 13, 2019.

7. The Trustee has decided, subject to this Court's approval, to retain Archer as the Trustee's attorneys in connection with the administration of these chapter 7 cases.

**RETENTION OF ARCHER**

8. In order for the Trustee to properly perform the functions and duties vested in him by the Bankruptcy Code, it is essential that the Trustee have the expertise and advice of experienced bankruptcy counsel to render the following services to the Trustee:

    (a) To take all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on the estates' behalf, the defense of any actions commenced against them, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the estates;

    (b) To marshal and affect an orderly liquidation of the assets of the Debtors' estates under chapter 7 of the Bankruptcy Code;

  (c)  To prepare on behalf of the Debtors' estates all necessary motions, applications, answers, orders, reports, and papers in connection with the administration and liquidation; and

  (d)  To perform all other necessary legal services in connection with these chapter 7 cases.

  9.  The Trustee believes that Archer possesses extensive knowledge and expertise in the areas of law relevant to these cases and that Archer is well qualified to represent the Trustee as counsel in these cases and in any related proceedings. Archer is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors, creditors' committees, and chapter 7 trustees.

  10.  Archer maintains a computerized conflict system which contains, *inter alia*, a record of all present and former clients, parties against whom or whose interests Archer has or is representing, other parties involved in or related to matters in which Archer has been or is involved, and all vendors providing goods and/or services to Archer. The parties searched are attached to the Affidavit of David W. Carickhoff (the "Carickhoff Affidavit," submitted herewith) as **Schedule 1**.

  11.  Based upon the conflict search and records, Archer does not represent and does not hold any interest adverse to the Debtors' estates or their creditors. The Trustee has been advised that Archer has no connection with the Debtors, their creditors or other parties in interest in these cases, other than as described in the Carickhoff Affidavit filed in conjunction with this Application. Archer is a large firm with a national and regional practice and may represent or may have represented certain of the Debtors' creditors in matters unrelated to these cases.

12. Because of the extensive legal services that may be necessary in these cases, and the fact that the nature and extent of such services are not entirely known at this time, the Trustee believes that the employment of Archer as counsel is in the best interests of the Debtors' estates.

13. Archer has agreed to make appropriate applications to this Court for compensation and reimbursement of expenses in compliance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the General Orders of this Court and any Order entered by this Court in these cases modifying the timing and/or procedures applicable to the payment of interim compensation and reimbursement of expenses. Archer will bill at its normal hourly rates. The principal attorneys and paralegals designated to represent the Trustee and their current hourly rates are:

| Attorney/Paralegal | Hourly Rate |
| --- | --- |
| David W. Carickhoff – Attorney | $575.00 |
| Alan M. Root – Attorney | $450.00 |
| S. Alexander Faris – Attorney | $285.00 |
| Christian Hansen – Paralegal | $205.00 |

These hourly rates are subject to periodic increase in the normal course of Archer's business. The particular attorneys and paralegals assigned in these cases will from time to time vary based upon the needs of the engagement. All such professionals will bill at Archer's regular hourly rates for similar cases involving work of this nature. These rates are set at a level designed to fairly compensate Archer for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Archer's policy to charge its clients in all areas of practice for all other out-of-pocket expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, as well as non-ordinary expenses such as delivery charges. Archer's will not charge the estates for any secretarial overtime that may be necessary.

well as non-ordinary expenses such as delivery charges. Archer's will not charge the estates for any secretarial overtime that may be necessary.

WHEREFORE, the Trustee requests entry of an order, substantially in the form attached hereto, authorizing him to retain Archer as counsel to the Trustee in these cases, effective as of May 2, 2019, and granting such other and further relief as may be just and proper.

Dated: May 29, 2019

/s/ George L. Miller
GEORGE L. MILLER
Chapter 7 Trustee

216495092v2