**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| DIVERSIFIED MERCURY | ) |
| COMMUNICATIONS, LLC, *et al.*, | ) Case No. 19-10757 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**NOTICE** is hereby given that Weigel Broadcasting Company, H&I National Limited Partnership d/b/a HITV a/k/a Heroes & Icons, MeTV National Limited Partnership d/b/a MeTV, Start TV, LLC d/b/a STRT d/b/a Start, WDJT-TV Limited Partnership d/b/a WDJT, and WCIU-TV Limited Partnership d/b/a WCIU d/b/a HCIU ("**Petitioning Creditors**"), substitutes Thomas C. Wolford as counsel effective immediately in place of Nicholas M. Miller.

**PLEASE TAKE FURTHER NOTICE** that the undersigned, on behalf of the Petitioning Creditors, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, shall henceforth be given to and served upon the undersigned either electronically in conformance with the Court's CM/ECF procedures or at the office, address, and telephone number set forth below:

> Thomas C. Wolford
> **NEAL, GERBER & EISENBERG LLP**
> Two North LaSalle Street,  Suite 1700
> Chicago, Illinois  60602-3801
> Telephone: (312) 269-8000
> Facsimile: (312) 269-1747
> Email Address:  twolford@nge.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in the Local Rules, and also includes, without limitation, notices of any

31864095.1

orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Dated: April 16, 2021

Respectfully submitted,

NEAL, GERBER & EISENBERG LLP

By: */s/ Thomas C. Wolford*
    Thomas C. Wolford (ARDC #06194526)
    Two North LaSalle Street, Suite 1700
    Chicago, Illinois 60602-3801
    (312) 269-8000 (Telephone)
    (312) 269-1747 (Facsimile)
    Email:   twolford@nge.com

*Counsel to Weigel Broadcasting Company, H&I National Limited Partnership d/b/a HITV a/k/a Heroes & Icons, MeTV National Limited Partnership d/b/a MeTV, Start TV, LLC d/b/a STRT d/b/a Start, WDJT-TV Limited Partnership d/b/a WDJT, and WCIU-TV Limited Partnership d/b/a WCIU d/b/a HCIU*

2

31864095.1

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Wolford, hereby certify that on April 16, 2021, I caused a copy of the

*Notice of Substitution of Counsel* to be filed electronically.  Notice of this filing was sent via the

Court's CM/ECF system to all parties that have filed an electronic appearance in this proceeding.


By:   */s/ Thomas C. Wolford*
Thomas C. Wolford
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747
twolford@nge.com